MARGARET W. SERRANO (299983)
Margaret.Serrano@nlrb.gov
STEPHANIE CAHN
Stephanie.Cahn@nlrb.gov (189277)
WILLIAM M. PATE (45734)
William.Pate@nlrb.gov
National Labor Relations Board, Region 21
888 South Figueroa Street, Ninth Floor
Los Angeles, California 90017
Telephone: (213)894-5229
Facsimile: (213)894-2778
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ON RELATION OF AMERICAN APPAREL, INC., <br><br> Applicant, <br><br> v. <br><br> DOV CHARNEY, <br><br> Respondent. | Civil No. <br><br> Notice of Institution of Proceedings to Enforce Administrative Subpoena Duces Tecum <br><br> Date:                    , 2016 <br> Time: <br> Judge: <br> Ctrm: |

To:   Al Latham, Jr., Esq. and Cameron W. Fox, Esq.
      Paul Hastings, LLP
      515 S. Flower St. 25th Floor
      Los Angeles, CA 90071
      Attorneys for American Apparel, Inc.

1

Please take notice that the General Counsel of the National Labor Relations Board, herein the Board, in the name of the Board, but on behalf of the American Apparel, Inc., herein Employer, has petitioned the Court for an order enforcing a subpoena duces tecum issued by the Board at the request of the Employer. Attached are copies of the notice of motion, application for order enforcing the subpoena duces tecum, and the memorandum of points and authorities in support thereof, which were filed with the Court on February 4, 2016.

This proceeding has been instituted at your request pursuant to the provisions of Section 11(2), and of Section 102.3(d) of the Rules and Regulations, Series 8, as amended, of the National Labor Relations Board (29 C.F.R. 102.31(d)). We specifically call your attention to that portion of Section 102.31(d) of the Rules and Regulations that provides that by bringing this proceeding "**neither the General Counsel nor the Board shall be deemed thereby to have assumed responsibility for the effective prosecution of the same before the Court**."

Dated at Los Angeles, California, this 4th day of February, 2016.

Respectfully submitted,

By:   /s/ Margaret W. Serrano
      Margaret W. Serrano
      Attorney for Applicant
      National Labor Relations Board